```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 28324
    VALERIE BILLUPS WARD
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-8004

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/30/2004 and was confirmed 10/20/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.50%.

    The case was paid in full 11/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO PARKING    SECURED                  .00            .00            .00
CITY OF CHICAGO PARKING    UNSECURED          4005.00             .00         620.73
CITY OF CHICAGO PARKING    NOTICE ONLY      NOT FILED            .00            .00
BETHANY HOSPITAL           UNSECURED         NOT FILED            .00            .00
ADVOCATE BETHANY HOSPITA   NOTICE ONLY       NOT FILED            .00            .00
ADVOCATE BETHANY HOSPITA   NOTICE ONLY       NOT FILED            .00            .00
ADVOCATE BETHANY HOSPITA   NOTICE ONLY       NOT FILED            .00            .00
AT & T WIRELESS            FILED LATE           534.82            .00            .00
COMCAST                    UNSECURED         NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED            .00            .00
COMMONWEALTH EDISON        NOTICE ONLY       NOT FILED            .00            .00
COM ED                     NOTICE ONLY       NOT FILED            .00            .00
CROSS COUNTRY BANK         UNSECURED         NOT FILED            .00            .00
LEGAL REMEDIES CHARTERED   UNSECURED         NOT FILED            .00            .00
LEGAL REMEDIES CHARTERED   NOTICE ONLY       NOT FILED            .00            .00
LITTLE VILLAGE COMMUNITY   UNSECURED         NOT FILED            .00            .00
LITTLE VILLAGE COMMUNITY   NOTICE ONLY       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED OTH       2205.70            .00         220.57
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED            .00            .00
PEOPLES GAS                NOTICE ONLY       NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED            726.29            .00         112.57
SBC/AMERITECH              NOTICE ONLY       NOT FILED            .00            .00
SBC AMERITECH              NOTICE ONLY       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED            592.85            .00          91.89
ECMC                       UNSECURED           7092.36            .00        1099.32
US DEPT OF EDUCATION       NOTICE ONLY       NOT FILED            .00            .00
AT & T WIRELESS            FILED LATE           947.07            .00            .00
LEGAL FOUNDATION OF METR   DEBTOR ATTY            .00                            .00
TOM VAUGHN                 TRUSTEE                                            123.42
DEBTOR REFUND              REFUND                                               .00


                        PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 04 B 28324 VALERIE BILLUPS WARD
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 2,268.50  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | .00           |
| UNSECURED            |           | 2,145.08      |
| ADMINISTRATIVE       |           | .00           |
| TRUSTEE COMPENSATION |           | 123.42        |
| DEBTOR REFUND        |           | .00           |
| TOTALS               | 2,268.50  | 2,268.50      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE